1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHELLE M. HOLLIS

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 1:09-cr-00465 AWI
                                       )
12                Plaintiff,           )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE HEARING;
13        v.                           )    ORDER
                                       )
14  MICHELLE M. HOLLIS,                )    Date:   April 12, 2010
                                       )    Time:  9:00 a.m.
15                Defendant.           )    Court:  Hon. Anthony W. Ishii
                                       )
16  _____   )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for

20  March 22, 2010, **may be continued to April 12, 2010, at 9:00 a.m.**

21        This continuance is requested by counsel for the defendant to allow additional time for defense

22  investigation and case preparation prior to hearing.  The requested continuance will conserve time and

23  resources for both counsel and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein for further defense

3 preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

4                                                                BENJAMIN B. WAGNER
                                                                 United States Attorney
5

6 DATED:  March 16, 2010                          /s/ Mark Cullers
                                                                 MARK CULLERS
7                                                                Assistant United States Attorney
                                                                 Attorney for Plaintiff
8

9                                                                DANIEL J. BRODERICK
                                                                 Federal Defender
10

11 DATED:  March 16, 2010                         /s/  Marc Days
                                                                 MARC DAYS
12                                                               Assistant Federal Defender
                                                                 Attorney for Defendant
13                                                               MICHELLE M. HOLLIS

14

15

16                                    **O R D E R**

17    **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18 §§ 3161(h)(7)(A) and (B).

19

20 IT IS SO ORDERED.

21 **Dated:   March 16, 2010**                         /s/ Anthony W. Ishii
                                                                 CHIEF UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Heating; Order                                 2