DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHELLE M. HOLLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00465 AWI |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | |
| MICHELLE M. HOLLIS, | |
| Defendant. | Hon. Anthony W. Ishii |

The undersigned defendant, Michelle M. Hollis, having been advised of her right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, arraignment and/or initial appearance, plea, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, entry of plea, trial, and imposition of sentence, hereby waives the right to be present at said hearings, and requests the court to allow her attorney to make such appearances on her behalf and to request the Court to set a motions schedule and/or schedule the matter for trial or such hearings as may be appropriate at a time mutually convenient to the court and counsel.  Defendant further hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present.

///

Defendant makes this request because she resides in Mariposa, California, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: July __27__, 2010

/s/ Michelle M. Hollis
MICHELLE M. HOLLIS, Defendant


/s Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  July 28, 2010

CHIEF UNITED STATES DISTRICT JUDGE