1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MARC DAYS, Bar #184098
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 MICHELLE M. HOLLIS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   No. 1:09-cr-00465 AWI
                                          )
12              Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                          )   CONFERENCE HEARING;
13      v.                                )   ORDER
                                          )
14 MICHELLE M. HOLLIS,                    )   Date:  September 27, 2010
                                          )   Time:  9:00 a.m.
15              Defendant.                )   Court:  Hon. Anthony W. Ishii
                                          )
16 _____)

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for

20 September 13, 2010, **may be continued to September 27, 2010, at 9:00 a.m.**

21        This continuance is requested by counsel for defendant because he may not be in his office on the

22 date now set for hearing due to a family emergency.  The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for further defense

3  preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

4                                           BENJAMIN B. WAGNER
                                            United States Attorney
5

6  DATED:  September 7, 2010              /s/ Mark Cullers
                                           MARK CULLERS
7                                          Assistant United States Attorney
                                           Attorney for Plaintiff
8

9                                          DANIEL J. BRODERICK
                                           Federal Defender
10

11 DATED:  September 7, 2010              /s/  Marc Days
                                           MARC DAYS
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         MICHELLE M. HOLLIS

14

15

16                                 **O R D E R**

17      **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18 §§ 3161(h)(7)(A) and (B).

19

20 IT IS SO ORDERED.

21

22 Dated:    September 7, 2010
                                         _____
                                         CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28