# United States District Court
### EASTERN DISTRICT OF CALIFORNIA



MAR 11 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Michelle Hollis | Case No.<br>1:09-cr-00465-AW1-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Michelle Hollis__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from home incarceration to **HOME DETENTION:** You are restricted to your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-16-11       _____  2/16/11
Signature of Defendant       Date          Pretrial Services Officer   Date
Michelle Hollis                            Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____              _____  2/25/11
Signature of Assistant United States Attorney                       Date
Mark Cullers

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              _____  3/11/11
Signature of Defense Counsel                                         Date
Marc Days

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __3/11/11__.
☐ The above modification of conditions of release is *not* ordered.

_____              _____  3/11/11
Signature of Judicial Officer                                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services