# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

JAN 2 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Michelle Hollis ) | 1:09-cr-00465-AWI-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Michelle Hollis__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's electronic monitoring condition and the restriction of **HOME DETENTION**: You are restricted to your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  1/24/12     _[signature]_  1/5/12
Signature of Defendant   Date    Pretrial Services Officer   Date
Michelle Hollis                   Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                           1/5/12
Signature of Assistant United States Attorney    Date
Michele Thielhorn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                           1/6/12
Signature of Defense Counsel            Date
Marc Days

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __1-17-12__.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                           1-17-12
Signature of Judicial Officer           Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services